IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASON VICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. CIV-23-689-R |
| | ) |
| JOHN MICHAEL MALEK, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Plaintiff Jason Vick filed this action seeking injunctive relief pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.* ("ADA") and its implementing regulations, the ADA's Accessibility Guidelines, 28 C.F.R. Part 36. (Doc. No. 1). He has moved to proceed *in forma pauperis*. (Doc. No. 2). Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Gary M. Purcell for review. (Doc. No. 3). On August 7, 2023, Judge Purcell issued a Report and Recommendation (Doc. No. 4) recommending that the Court deny Plaintiff's *in forma pauperis* application and dismiss this action without prejudice unless Plaintiff pays the full filing fee of $402.00 by August 28, 2023.

Plaintiff has not filed a timely objection to the Report and Recommendation and has not sought an extension of time in which to object. Accordingly, the Report and Recommendation (Doc. No. 4) is hereby ADOPTED IN ITS ENTIRETY. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is DENIED and this action is DISMISSED without prejudice.

**IT IS SO ORDERED** this 5th day of September 2023.

*[signature: David L. Russell]*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE